UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANARA JEAN HOPPOCK,<br><br>           Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendant. | CIVIL ACTION NO. 3:20-CV-02424<br><br>(MEHALCHICK, MJ) |

### ORDER

AND NOW, this 5th day of May, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Janara Jean Hoppock benefits under Title II and Title XVI of the Social Security Act is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Hoppock; and

3. The Clerk of Court is directed to **CLOSE** this case.

           BY THE COURT:

           *s/ Karoline Mehalchick*
           **KAROLINE MEHALCHICK**
           **Chief United States Magistrate Judge**